IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMES WICKENS,** | : | |
| Plaintiff | : | No. 1:19-cv-02021 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **RITE AID HDQTRS CORP.,** | : | |
| Defendant | : | |

**ORDER**

**AND NOW**, on this 12th day of April 2021, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 31), and Plaintiff's response thereto, and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Defendant's Motion for Summary Judgment (Doc. No. 31) is **GRANTED**; and

2. The Clerk of Court shall enter judgment in favor of Defendant and against Plaintiff and **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania